**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**FRANK KEVIN FISCHER,**

        **Plaintiff(s),**         **CASE NUMBER: 05-70366**
                                  **HONORABLE VICTORIA A. ROBERTS**

**v.**

**UNITED PARCEL SERVICE,**

        **Defendant(s).**
_____/

## AMENDED JUDGMENT

On March 27, 2007, the jury entered a verdict totaling $2,100,000 in favor of Plaintiff. The verdict included $150,000 for back pay, $650,000 in compensatory damages and $1,300,000 in punitive damages. The Court must, however, reduce the jury's punitive damage award to $300,000. The Elliott-Larsen Civil Rights Act, M.C.L. §37.2801, does not allow for an award of punitive damages, and Title VII caps punitive damages at $300,000. *See Eide v Kelsey-Hayes Company,* 431 Mich. 26, 28-29, 51 (1988); 42 U.S.C. §1981a(b)(3)(D).

Therefore, judgment in the amount of $1,100,000 is entered in favor of Plaintiff. This judgment closes the case.

       **IT IS SO ORDERED.**

                                                                     _____

                                                                     **S/Victoria A. Roberts**_____
                                                                     **Victoria A. Roberts**
                                                                     **United States District Judge**

**Dated: March 30, 2007**

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 30, 2007.**

**S/Carol A. Pinegar**
**Deputy Clerk**