# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FRANK KEVIN FISCHER,

    Plaintiff,

CASE NO. 2:05 CV 70366

v.

HONORABLE VICTORIA L. ROBERTS
MAGISTRATE JUDGE STEVEN D. PEPE

UNITED PARCEL SERVICE CO.,

    Defendant.

---

## THIRD AMENDED JUDGMENT

The United States Court of Appeals for the Sixth Circuit having issued an Opinion in this matter on July 27, 2010 (Court of Appeals Case Nos. 08-1600, 1601), affirming the District Court's rulings on Defendant's motion for judgment as a matter of law, for a new trial, or for remittitur, other than punitive damages, affirming the summary judgment on Plaintiff's state law retaliation claim based on his internal complaints, and reversing the District Court's judgment vacating the punitive damage award, and remanding with instructions to reinstate the award (subject to the $300,000.00 statutory cap);

This Third Amended Judgment is entered in favor of Plaintiff in the amount totaling $1,100,000, which includes $150,000 for back pay, $650,000 in compensatory damages, and $300,000 in punitive damages.

Statutory costs, interest and attorney fees may be subject to a separate order after the Court considers briefs and arguments submitted by the parties.

    **IT IS SO ORDERED.**

                                         /s/ Victoria A. Roberts
                                      **Honorable Victoria A. Roberts**
                                      **United States District Judge**

Dated: August 23, 2010

APPROVED AS TO FORM:


DEBORAH L. GORDON, PLC
Deborah L. Gordon (P27058)
/s/Carol A. Laughbaum (P41711)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 275
Bloomfield Hills Michigan 48304
Telephone 248 258 2500
dgordon@deborahgordonlaw.com
claughbaum@deborahgordonlaw.com


BUSH SEYFERTH & PAIGE, PLLC
/s/Debra M. McCulloch (P31995)
Attorney for Defendant
3001 W. Big Beaver Road, Suite 600
Troy, Michigan 48084
Telephone 248 822 7800
mcculloch@bsplaw.com